# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC LEVINER, | No. 3:19-CV-724 |
| Plaintiff, | (Judge Mannion) |
| v. | |
| SANDY MIKHARZUCZ, *et al.*, | |
| Defendants. | |

## ORDER

In accordance with the accompanying Memorandum Opinion, I**T IS HEREBY ORDERED** that:

1. The motion for summary judgment of Defendants Mikharzucz, Smith, Mason, and Burger (Doc. 29) is **GRANTED**.

2. The Clerk of Court shall enter judgment in favor of Defendants and as against Plaintiff on all claims in the amended complaint.

3. The Clerk of Court is directed to **CLOSE** this action.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 18, 2021**

19-724-01-order